19-cv-130-CVE-FHM
19-cv-131-CVE-JFJ
19-cv-132-TCK-JFJ
19-cv-133-JED-FHM
19-cv-134-CVE-FHM
19-cv-136-CVE-JFJ

# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −85)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,334 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 28, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:



Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

### SCHEDULE CTO−85 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 3 | 19−08070 | Navajo, County of v. Purdue Pharma LP et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 19−00957 | TOWN OF DANVILLE, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **KENTUCKY EASTERN** | | | |
| KYE | 7 | 19−00026 | City of Whitesburg v. Purdue Pharma L.P. et al |
| **NEW MEXICO** | | | |
| NM | 2 | 19−00208 | Board of County Commissioners of the County of Otero, New Mexico v. AmerisourceBergen Drug Corporation et al |
| **NEW YORK WESTERN** | | | |
| NYW | 6 | 19−06186 | City of Geneva, New York v. Purdue Pharma, L.P. et al |
| **OKLAHOMA NORTHERN** | | | |
| OKN | 4 | 19−00130 | County Commission of Washington County, Oklahoma, The v. Purdue Pharma, L.P. et al |
| OKN | 4 | 19−00131 | County Commission of Okmulgee County, Oklahoma, The v. Purdue Pharma, L.P. et al |
| OKN | 4 | 19−00132 | County Commission of Rogers County, Oklahoma, The v. Purdue Pharma, L.P. et al |
| OKN | 4 | 19−00133 | County Commission of Nowata County, Oklahoma, The v. Purdue Pharma, L.P. et al |
| OKN | 4 | 19−00134 | County Commission of Creek County, Oklahoma, The v. Purdue Pharma, L.P. et al |
| OKN | 4 | 19−00136 | County Commissioner of Mayes County, Oklahoma, The v. Purdue Pharma, L.P. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 19−01018 | CHESTER COUNTY, PENNSYLVANIA v. PURDUE PHARMA L.P. et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 19−02159 | City of Memphis v. Purdue Pharma, L.P. et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| ~~WAW~~ | ~~2~~ | ~~19−00368~~ | ~~Snohomish County v. Purdue Pharma LP et al~~ Opposed 3/27/19 |
| WAW | 3 | 19−05173 | City of Lakewood v. Purdue Pharma LP et al |



**Conditional Transfer Order (CTO 85) MDL 2804**

**OHNDdb_MDL** to: InterdistrictTransfer_AZD, InterdistrictTransfer_INSD, InterdistrictTransfer_KYED,

Sent by: **Robert T Pitts**

03/28/2019 02:37 PM

From: OHNDdb_MDL/OHND/06/USCOURTS

To: InterdistrictTransfer_AZD@azd.uscourts.gov, InterdistrictTransfer_INSD@insd.uscourts.gov, InterdistrictTransfer_KYED@kyed.uscourts.gov, InterdistrictTransfer_NMD@nmd.uscourts.gov, InterdistrictTransfer_NYWD@nywd.uscourts.gov,

Sent by: Robert T Pitts

Greetings

Attached is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation directing the transfer of actions listed to the Northern District of Ohio.

When the case has been closed in your district please:

1. Initiate the civil case transfer functionality in CM/ECF.
2. Choose court Ohio Northern.

After completion of this process the NEF screen will display the following message:

*Sending email to InterdistrictTransfer OHND @ohnd.uscourts.gov*

If this is not displayed, we have not received notice.

We will initiate the procedure to retrieve the transferred case upon receipt of the email.

2804 Certified CTO 85.pdf